In the Matter of the Application of GRANT CRABTREE, Appellant, for an Order Vacating a Certain Subpoena Duces Tecum Issued by Hon. THOMAS C. T. CRAIN, Judge of the Court of General Sessions of the Peace of the County of New York, Sitting as a Magistrate in a Criminal Action Entitled PEOPLE OF THE STATE OF NEW YORK v. JOSEPH E. CORRIGAN and Others, Respondents.— Order affirmed. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

HARRY PALTROWITZ, Respondent, v. MASSACHUSETTS FIRE AND MARINE INSUR-

ANCE COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CORNELIUS J. FLOOD, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.